# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**<br><br>v.<br><br>**Antonino Garcia-Garcia** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>No.  CR-22-01336-001-TUC-RCC (LCK)<br><br>Ricardo Bours (CJA)<br>Attorney for Defendant |

USM#: 35223-308          ICE# A078490070

**THE DEFENDANT ENTERED A PLEA OF** guilty on 8/3/2022 to the Indictment.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, U.S.C. §1326(a), Reentry of Removed Alien, with sentencing enhancement pursuant to Title 8, U.S.C. §1326(b)(1), a Class C Felony offense, as charged in the Indictment.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **TIME SERVED.**

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED     **FINE:** WAIVED     **RESTITUTION:** N/A

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

On motion of the Government, the special assessment is REMITTED.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence:  **Wednesday, October 25, 2022**
    Dated this 25th day of October, 2022.

_____
Honorable Raner C. Collins
Senior United States District Judge

Case 4:22-cr-01336-RCC-LCK   Document 27   Filed 10/26/22   Page 2 of 2

CR-22-01336-001-TUC-RCC (LCK)  
USA vs. Antonino Garcia-Garcia

Page 2 of 2

**RETURN**

I have executed this Judgment as follows:

defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

United States Marshal                                                         By:    Deputy Marshal

CR-22-01336-001-TUC-RCC (LCK)- Garcia-Garcia    10/26/2022 - 11:39 AM